**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**December 7, 2020**

<u>VIA ECF</u>
Hon. Judge Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>Paguada v. Nick's, LLC, Civil Action No. 1:20-cv-08915-LGS</u>

Dear Judge Schofield,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for December 17, 2020 at 10:40 a.m. The parties are currently discussing settlement, and to preserve time and further costs associated with this action believe they are close enough to warrant a 30-day adjournment of the initial pretrial conference. Defendant consents to the above request and this is the first request for an adjournment.

Thank you for your time and consideration of the above request.

The application is **GRANTED** in part.  The initial pretrial conference scheduled for December 17, 2020, is adjourned to **January 14, 2021, at 10:40 a.m.**  The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time.  The Court does not usually adjourn an initial conference pending settlement discussions and, absent extraordinary circumstances, no further adjournments will be granted.

By **January 7, 2020**, the parties shall file the joint letter and proposed case management plan described in the Court's November 5, 2020, Order at Docket No. 5.

By **December 14, 2020**, the parties shall jointly file a letter apprising the Court of whether they would like a referral to a magistrate judge for settlement discussions or referral to the Court-annexed Mediation Program.

Dated: December 10, 2020
   New York, New York

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE