UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,

                      Plaintiff,

                      20 Civ. 8915 (LGS)

      -against-

                      ORDER

NICK'S LLC,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 10, 2020, directed the parties to jointly file by December 14, 2020, a letter apprising the Court of whether they would like a referral to a magistrate judge for settlement discussions or referral to the Court-annexed Mediation Program. Dkt. No. 8.

      WHEREAS, no such letter was filed.  It is hereby

      **ORDERED** that by **December 16, 2020**, the parties shall file a letter apprising the Court of whether they would like a referral to a magistrate judge for settlement discussions or referral to the Court-annexed Mediation Program.

Dated: December 15, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**